IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES A. GOREE,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 09-0171-CG-M** |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the decision by the Social Security Administration be **AFFIRMED** and that this action be **DISMISSED**.

**DONE and ORDERED** this 7th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE