IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES A. GOREE,** | : |
| Plaintiff, | : |
| vs. | :   **CIVIL ACTION 09-0171-CG-M** |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | : |
| | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Defendant Michael J. Astrue and against Plaintiff Charles A. Goree.

**DONE and ORDERED** this 7th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE